UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cr-00137-JPH-TAB ) |
| DOMINIQUE TRIBLET, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark Dinsmore has entered a Report and Recommendation, dkt. 78, recommending that the Court revoke Ms. Dominique Triblet's supervised release and sentence her to 12 months and one day imprisonment with no supervised release to follow. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein, dkt. [78]. The Court now **ORDERS** that Ms. Dominique Triblet's supervised release is therefore **REVOKED**, dkt. [69], and Ms. Dominique Triblet is sentenced to the custody of the Attorney General or his designee for imprisonment of 12 months and one day with no supervised release to follow.

**SO ORDERED.**

Date: 5/6/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal